IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| Wilson Umanzor on behalf of himself and others similarly situated, | |
| Plaintiffs, | Civil Action No. 3:23-cv-00117-MHL |
| v. | |
| FreedomRoads, LLC; <br> -and- <br> Camping World RV Sales, LLC, <br> a/k/a Camping World RV Sales, a/k/a Camping World RV Sales (Hanover CO), a/k/a Camping World RV Sales (Henrico CO), a/k/a Camping World RV Sales (Newport News CI), a/k/a Camping World RV Sales (Prince William CO), <br> a/k/a Camping World RV Sales (Spotsylvania CO), <br> a/k/a Airstream of Virginia (Hanover CO), a/k/a Airstream of Virginia (Spotsylvania CO), a/k/a Gander RV (Spotsylvania CO), a/k/a Gander RV Sales (Roanoke CO), a/k/a RV World of Virginia (Spotsylvania CO), and a/k/a McGeorge's Rolling Hills (Hanover CO); <br> -and- <br> RV World, LLC, <br> a/k/a Gander RV, a/k/a Gander RV Sales (Spotsylvania CO), and a/k/a RV World of Virginia (Hanover CO), | SO ORDERED <br><br> /s/ <br> M. Hannah Lauck <br> United States District Judge <br><br> 4/18/23 |
| Defendants. | |

Pursuant to the Stipulation of Dismissal, electronically filed in this, and good cause appearing,

**IT IS HEREBY ORDERED** that this action be dismissed without prejudice and without costs awarded to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

Dated:                                              BY THE COURT:

_____
Honorable M. Hannah Lauck
United States District Court Judge